

53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604

Phone:   (312) 588-5000 • (312) 360-1501
Fax:       (312) 360-1502

Sender's email: kmichaels@lakelaw.com

February 7, 2020

Rick Kogan
777 N. Michigan Ave. #3009
Chicago, IL 60611

RE:     Agreement Regarding Lakelaw's Fees and Expenses in Case # 20-02173

Dear Rick:

Thank you for choosing the Lakelaw to represent you in connection with your Chapter 13 bankruptcy case, # 20-02173. In addition to the terms contained in the Court Approved Retention Agreement (the "CARA"), it is our policy to confirm in writing how and when Lakelaw's fees and expenses will be paid. If any terms contained in this document are in conflict with the CARA, those terms are void.

Aside from any amounts you have paid Lakelaw, you will be required to pay the law office's expenses after the Chapter 13 plan is approved by the Bankruptcy Court. As of the date of this letter, Lakelaw has received payment in full for attorneys' fees (**Check #6469 in the amount of $4,000**) and has received $310 for expenses (**Check #6470 in the amount of $310**). On January 24, 2020, Lakelaw incurred expenses in the amount of $310 for filing your chapter 13 petition. On January 30, 2020, Lakelaw incurred expenses in the amount of $31 for filing Amended Schedule D.

A Chapter 13 plan has been filed on your behalf to repay your creditors. Your Chapter 13 plan payment is $1,275.00 per month. Each month, you will pay the Trustee the amount stated in your Chapter 13 plan. The Trustee will then disburse that money according to the provisions of your plan to creditors. This monthly Chapter 13 plan payment can be subject to change during your case. No attorneys' fees or expenses will be paid through the plan. Within the Chapter 13 plan payment you will be paying back your creditors as follows:

*Representation Agreement, February 7, 2020, page 2.*

1.   The Trustee will be paid an estimated **5.30%** of the plan payment.

2.   BMO Harris Bank, N.A. will receive the collateral that secures the creditor's claim: 555 S. Everette Ave. #10C, Chicago, IL 60637 (the "Property").

3.   General Unsecured Creditors will be paid **32.65%**.

4.   You will be paying **JACKSON TOWERS CONDOMINIUM ASSOCIATION, INC.** directly outside the plan for your current, ongoing condominium assessments until you no longer hold an interest in the Property.

Please review this letter carefully. If the terms are inconsistent with your understanding of our engagement in any respect or if you have any questions concerning the information in this letter, please notify us immediately. You can also seek advice from other counsel regarding your rights under this arrangement. Lakelaw's policy and prior court order require that we receive confirmation of your acceptance of these terms in the form of your signature at the bottom of this letter. Please return the signed copy to the law office as soon as possible.

BAUCH & MICHAELS, LLC D/B/A LAKELAW

By: _____
    Kenneth A. Michaels Jr., Manager

ACCEPTED:

_____
    Rick Kogan

DATE: 2/7/20 _____