UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-02173
RICK KOGAN )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER ON DEBTOR'S OBJECTION TO CLAIM NUMBER 1 OF BMO HARRIS BANK, N.A.

This matter coming before the Court upon the objection (the "Objection") of Rick Kogan (the "Debtor") pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, to Claim Number 1 of BMO Harris Bank, N.A. (the "Claim"), the Court having reviewed the Objection and finding good cause exists to grant the relief requested in the Objection,

IT IS HEREBY ORDERED that the Claim is hereby disallowed as a secured claim and allowed as an unsecured claim.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 17, 2021

**Prepared by:**

Paul M. Bauch (ARDC #6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
Bauch & Michaels, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Tel. (312) 588-5000
pbauch@bmlawllc.com
kmichaels@bmlawllc.com
csales@bmlawllc.com