UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  Case Number: 20-02173
RICK KOGAN,  )
 )  Chapter: 13
 )
 )  Honorable Deborah L. Thorne
 )
Debtor(s)  )

## ORDER ON DEBTOR'S OBJECTION TO CLAIM NUMBER 4 OF BAYVIEW LOAN SERVICING, LLC

This matter coming before the Court upon the objection (the "Objection") of Rick Kogan (the "Debtor") pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, to Claim Number 4 (the "Claim") of Bayview Loan Servicing, LLC ("Bayview"), the Court having reviewed the Objection and finding good cause exists to grant the relief requested in the Objection,

IT IS HEREBY ORDERED that the Trustee shall pay Bayview $107,157.99 from the sale of 5555 S. Everett Ave., Unit 10C, Chicago, IL 60637. After application of this payment, the balance of the Claim is hereby disallowed as a secured claim and allowed as an unsecured claim.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 18, 2021

**Prepared by:**

Paul M. Bauch (ARDC #6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
kmichaels@bmlawllc.com
pbauch@bmlawllc.com
csales@bmlawllc.com