UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rick Kogan<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-02173<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |

## Order Dismissing Case For Material Default

This matter coming before the Court on Trustee's Motion to Dismiss for Material Default, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

*Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  July 27, 2022

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300